**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | |
| | Case No. **09-51251** |
| **THOMAS WILLIAMSON** | |
| **CONNIE WILLIAMSON** | Chapter 7 |
| | |
| Debtor(s) | Judge **Charles M. Caldwell** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

    The attached check in the amount of $10.33 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| HABITEC SECURITY<br>2926 SOUTH REPUBLIC BLVD.<br>TOLEDO, OH  43615 | 13 | $0.21 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | 33 | $1.10 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | 35 | $1.78 |
| PRO KLEEN INDUSTRIAL SERVICES, INC.<br>Dba PORTA KLEEN<br>PO BOX 930<br>LANCASTER, OH  43130 | 38 | $2.28 |
| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH  43216 | 39 | $4.96 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $10.33 |

| | |
|---|---|
| Total Unclaimed Dividends Over $25.00 | $0.00 |

Dated:    2/24/2011                                   /s/ Sara J. Daneman
                                                      _____
                                                      Sara J. Daneman

cc: U.S. Trustee